**Teresa L. CONNER, Plaintiff–Appellant,**

v.

**M & M RECOVERY, INC., Defendant–Appellee.**

No. 07–13822
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 8, 2008.

Donald A. Yarbrough, Fort Lauderdale, FL, for Plaintiff–Appellant.

Michele L. Stocker, Greenberg Traurig, P.A., Ft. Lauderdale, FL, for Defendant–Appellee.

Before ANDERSON, HULL and FAY, Circuit Judges.

PER CURIAM:

The dismissal of the appellant's first amended complaint is affirmed for the reasons set forth in the ORDER GRANTING DEFENDANT'S MOTION TO DISMISS entered by the district court on March 29, 2007.

AFFIRMED.